STATE

v.

William MUIR.

No. 80–507–M.P.

Supreme Court of Rhode Island.

Nov. 14, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Sp. Asst. Atty. Gen., for plaintiff-respondent.

Barbara Hurst, John A. MacFadyen III, Asst. Public Defenders, for defendant-petitioner.

ORDER

The petition for writ of certiorari is granted.

AMERICAN HOECHST CORPORATION

v.

John H. NORBERG in his capacity of Tax Administrator of the State of Rhode Island.

No. 80–394–M.P.

Supreme Court of Rhode Island.

Nov. 20, 1980.

Hinckley, Allen, Salisbury & Parsons, H. Peter Olsen, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., William G. Brody, Asst. Atty. Gen., Charles Edwin Goldkamp, Providence, Legal Officer (Taxation), for respondent.

ORDER

The petition for writ of certiorari is granted.

In re Anthony DeLOURO.

No. 80–374–M.P.

Supreme Court of Rhode Island.

Nov. 20, 1980.

Anthony DeLouro, pro se.

John L. P. Breguet, Legal Officer, Dept. of Mental Health, Retardation and Hospitals, Esmond, for respondent.

ORDER

Treating the letter filed herein as a petition for writ of habeas corpus, said petition is denied.

In re JORDAN.

No. 79–169–A.

Supreme Court of Rhode Island.

Nov. 20, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Sp. Asst. Atty. Gen., for appellee.

John A. MacFadyen III, Barbara Hurst, Mary Nagle, Asst. Public Defenders, for appellant.

ORDER

In light of the parties' stipulations herein, the Family Court's determination of waywardness is hereby vacated and this case is remanded to the Family Court with directions to enter an order of discharge.